UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH BENJAMIN WILLIS

    VS                                                  CASE NO. 4:12cv182-WS/CAS

SKIP SHIVER, et al.,

## REFERRAL AND ORDER

The **consented** motion/pleading was filed by Plaintiff on 5/2/2013 (document #32), and referred to Magistrate Judge Charles A. Stampelos on 5/3/2013.

Summary of motion/pleading: CONSENT MOTION TO PERMIT THE DEPOSITION OF A WITNESS OUT OF TIME

                                          JESSICA J. LYUBLANOVITS
                                          CLERK OF COURT


                                                s/ Angela Maxwell
                                          DEPUTY CLERK

---

## ORDER OF COURT

Upon consideration of the foregoing, it is **ORDERED** this 3RD day of May, 2013, the requested relief is **GRANTED.** The discovery period is extended up to and including May 17, 2013, and the parties shall advise by that same deadline whether and when the parties will attend mediation. The deadline for filing potentially dispositive motions is similarly extended to June 7, 2013.

                                                S/ Charles A. Stampelos
                                          UNITED STATES MAGISTRATE JUDGE